UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ERICK NEFTALI MEDINA-GARCIA,

Defendant.

26cr99(DLC)

ORDER

DENISE COTE, District Judge:

The Court having been informed that the defendant wishes to enter a change of plea, it is hereby

ORDERED that a change of plea hearing is scheduled for **October 16, 2026 at 3:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
October 13, 2026

DENISE COTE
United States District Judge